UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                CASE NO.  3:11-cr-0027

　　　　　　vs.                          ORDER TO PAY

　　SHAWN A. WALKER

The Defendant, having been found guilty of Count II, after entry of a guilty plea thereto, is

ORDERED TO PAY THE FOLLOWING:

| Count | Fine | Assessment |
|---|---|---|
| Count I   | Fine: $ 475.00 | Assessment: $ 25.00 |
| Count II  | Fine: $ _____ | Assessment: $ _____ |
| Count III | Fine: $ _____ | Assessment: $ _____ |
| Count IV  | Fine: $ _____ | Assessment: $ _____ |
| Count V   | Fine: $ _____ | Assessment: $ _____ |

(X)   FINE TOTAL OF $475.00 and a penalty assessment of $25.00 for a total of $500 payable in monthly installments of $100.00 or more beginning October 1, 2011, and continuing monthly until paid in full.  Said payments to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

DATED:  August 31, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE